UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES *ex rel.* <br> FUMBEYA MARUNGO, <br><br> Plaintiff-Relator, <br><br> v. <br><br> JOHNS HOPKINS UNIVERSITY, *et al.*, <br><br> Defendants. | Civil Action No. 19-0927 (CKK) |

**ORDER**
(February 18, 2022)

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is this 18th day of February 2022, hereby **ORDERED:**

1. That the complaint be unsealed and served upon Defendants by the Relator in accordance with Federal Rule of Civil Procedure 4;

2. That all other contents of the Court's file in this action, *except* for this Order and the United States' Notice of Election to Decline Intervention (ECF No. 18) which Relator will serve on Defendants only after service of the Complaint, **remain under seal** and not be made public or served upon the Defendants;

3. That the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. That the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcript and is entitled to intervene in this action, for good cause at any time;

5.  That the parties shall serve all notices of appeal upon the United States;

6.  That all orders of this Court shall be sent to the United States; and

7.  That should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval. *See* 31 U.S.C. § 3730(b)(1).

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge